# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Vonnie Darin Darby, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:09-cv-002 |
| Don Redmann, and Bob Barker, | ) | |
| | ) | |
| Defendants. | ) | |

_____

On January 14, 2009, this case was opened in the Southwestern Division of this District. The case should have been opened in the Southeastern Division of this District. The Court instructs the Clerk's office to **TRANSFER** this case to the Southeastern Division.

Dated this 5th day of February, 2009.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court