**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Danny M. Johnson, | ) | Case No. 1:09-po-002 |
| | ) | |
| Defendant. | ) | |

_____

Previously, the court scheduled a bench trial in the above-entitled action for May 29, 2009, at 1:15 p.m. in Minot, North Dakota. The trial shall be rescheduled for June 5, 2009, at 1:15 p.m. in Minot, North Dakota.

**IT IS SO ORDERED.**

Dated this 11th day of May, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge